UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES COX,

     Petitioner,                              Case No. 4:19-cv- 12542
                                               Hon. Matthew F. Leitman

v.

MARK MCCULLICK,

     Respondent.

_____/

## ORDER DIRECTING PETITIONER TO FILE REPLY BRIEF

On March 21, 2023, Respondent filed a responsive pleading to Cox's amended petition for writ of habeas corpus. (ECF No. 19.)  In his responsive pleading, Respondent asserts that the claims raised by Petitioner in the amended petition are untimely because they were filed beyond the one-year statute of limitations. *See* 28 U.S.C. § 2244(d).  Cox's amended petition does not address the statute of limitations.  Accordingly, Cox is directed to file a reply brief addressing Respondent's statute of limitations argument.  In the reply brief, Cox shall explain why the Court should not dismiss the claims in the amended petition as barred by the statute of limitations.  Cox may – but is not required to – also address in his reply

1

any other arguments that Respondent has presented.  Cox shall file his reply brief by

**February 9, 2024**.

      **IT IS SO ORDERED.**

                  s/Matthew F. Leitman
                  MATTHEW F. LEITMAN
                  UNITED STATES DISTRICT JUDGE

Dated:  December 11, 2023

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 11, 2023, by electronic means and/or ordinary mail.

                  s/Holly A. Ryan
                  Case Manager
                  (313) 234-5126