UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES COX,

      Petitioner,

v.

          Case No. 19-cv-12542
          Hon. Matthew F. Leitman

MARK MCCULLICK,

      Respondent.
_____/

## **JUDGMENT**

The above-entitled action came before the Court on a petition for a writ of habeas corpus. In accordance with the Order entered on this day:

**IT IS ORDERED AND ADJUDGED** that the Petition and Amended Petition for a writ of habeas corpus are **DENIED**; a Certificate of Appealability is **DENIED**; and leave to appeal *in forma pauperis* is **DENIED**.

                                                  KINIKIA ESSIX
                                                  CLERK OF COURT

                              By:    s/Holly A. Ryan
                                                  Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  March 15, 2024
Detroit, Michigan